IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, Plaintiff, ) | |
| ) | Case No. 1:16-cv-8092 |
| vs. ) | |
| ) | Magistrate Judge Sheila Finnegan |
| PACTRANS AIR & SEA, INC., KETTY Y. PON, ) | (By Consent) |
| ALEXANDER PON, and CHANCE PON, Defendants. ) | |

### ORDER

This case coming before the Court on plaintiff's 1/26/18 combined motions (1) to amend the complaint to remove counts II, IV, and VI and the individual defendants without prejudice, and (2) for entry of a final and enforceable judgment [58] ("Combined Motions"), the parties appearing through counsel, defendant raising no objection to the motion, and the Court being advised on the premises, IT IS HEREBY ORDERED THAT:

1. The Combined Motions are GRANTED without objection. Defendant reserves its arguments made in its summary judgment papers [35][36][37][38][40][49].

2. Plaintiff's complaint is hereby amended on its face to remove and dismiss counts II, IV, and VI and the individual defendants without prejudice.

3. Judgment in favor of plaintiff and against defendant PacTrans Air & Sea, Inc. on counts I, II, and V of the complaint shall be entered by separate document.

4. Defendant's 1/31/18 answer to the complaint shall stand. The 2/21/18 hearing is STRICKEN. All future deadlines are VACATED. Civil case terminated.

DATE: February 1, 2018    ENTER: _____
                                  Magistrate Judge Sheila Finnegan