# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Union Pacific Railroad Company,

Plaintiff(s),

v.

Pactrans Air & Sea, Inc, Ketty Pon, Alexander Pon, and Chance Pon,

Defendant(s).

Case No. 16cv8092
Judge Sheila Finnegan

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s)

☒ other:   Judgment is entered in favor of Plaintiff, Union Pacific Railroad Company and against PacTrans Air & Sea, Inc. on counts I, II, and V of the complaint.  Plaintiff, Union Pacific Railroad Company to recover Five Million Eight Hundred Thirty-Four Thousand Six Hundred Thirty-Three and 21/100 (5,834,633.21) plus post judgment interest at the rate of 1.84% per annum along with costs from defendants Pactrans Air & Sea, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Sheila Finnegan on a motion for summary judgment [31] and motion for entry of a final and enforceable judgment [58].

Date:  2/2/2018                                         Thomas G. Bruton, Clerk of Court

                                                        Scott White, Deputy Clerk