IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) <br> ) <br> Plaintiff-Judgment Creditor, ) <br> ) <br> vs. ) <br> ) <br> PACTRANS AIR & SEA, INC., ) <br> ) <br> Defendant-Judgment Debtor. ) <br> ) | Case No. 1:16-cv-8092 <br><br> Magistrate Judge Sheila Finnegan <br> (By Consent) <br><br> Supplementary Proceedings |

## **DECLARATION OF THIRD PARTY CITATION RESPONDENT**

I, ___Mark Rusiewski___, as authorized agent of third party citation respondent ___American Metro Bank___ ("Respondent"), pursuant to 28 U.S.C. § 1746(2) and subject to penalty of perjury, declare that Respondent received Plaintiff-Judgment Creditor's Citation to Discover Assets and Rider A ("Citation"); Respondent conducted a reasonably diligent search for records in response to the Citation; and (check one below):

☐ Respondent has no records responsive to the Citation.

☒ All records in Respondent's possession, custody or control responsive to the Citation are enclosed with this Declaration; these records were made or received in the regular course of Respondent's business; these records are true and correct copies of records kept by Respondent in the ordinary course of its business; and I have personal knowledge of the manner in which Respondent makes, receives, and/or keeps such records in the ordinary course of its business.

Signed: _/s/ Mark Rusiewski_

Print: ___Mark Rusiewski___

Title: ___Sr. VP & Cashier___

Address: ___4878 N. Broadway St.___

___Chicago, IL 60640___

Date: ___March 26, 2018___