IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,  )<br> )<br>          Plaintiff-Judgment Creditor, )<br> )<br>vs. )<br> )<br>PACTRANS AIR & SEA, INC., )<br> )<br>          Defendant-Judgment Debtor. )<br> ) | Case No. 1:16-cv-8092<br><br>Magistrate Judge Sheila Finnegan<br>(By Consent)<br><br>Supplementary Proceedings |

**JUDGMENT CREDITOR'S AGREED MOTION TO DISMISS**
<u>**ALL PENDING CITATIONS WITHOUT AWARDING COSTS OR FEES**</u>

Judgment Creditor Union Pacific Railroad Company ("UP"), by its attorneys and by agreement, requests the Court to enter an Order dismissing all pending citations to discover assets without awarding costs or fees. In support of this agreed motion, UP states as follows:

1. On February 1, 2018, the Court entered judgment in favor of UP and against PacTrans Air & Sea, Inc. ("PacTrans"). On February 2nd, the Court amended the judgment to specify the amount of $5,834,633.21 plus post-judgment interest.

2. Beginning on February 16, 2018, UP issued citations to discover assets to Judgment Debtor PacTrans Air & Sea, Inc. and various third parties.

3. Due to the pendency of several other lawsuits and collection proceedings against PacTrans and its owners and affiliated entities, most of which involve secured creditors whose interests are arguably senior to UP's judgment liens, UP seeks to dismiss all pending citations to discover assets which have not been previously dismissed.

4. Bryan Kelsey, counsel for PacTrans and its owners and affiliates, agreed to the dismissal of the pending citations without awarding any costs or fees.

WHEREFORE, UP requests the Court to enter an Order dismissing all pending citations to discover assets, without awarding costs or fees, and granting any other appropriate relief.

DATE: November 9, 2018

Scott A. Schaefers
SCHAEFERS LAW GROUP LLC
300 S. County Farm Rd., Ste. L
Wheaton, IL 60187
Phone: (630) 480-7635
Email: scott@schaeferslaw.com

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY,
Judgment Creditor.

By: _____
Scott A. Schaefers, one of its attorneys

**CERTIFICATE OF SERVICE**

I, Scott A. Schaefers, attorney for Judgment Creditor Union Pacific Railroad Company, certify that on **November 9, 2018**, I served this **Agreed Motion to Dismiss All Pending Citations Without Awarding Costs or Fees** on Counsel of Record by ECF.

_____
Scott A. Schaefers

Date: November 9, 2018