IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Plaintiff-Judgment Creditor, | ) Case No. 1:16-cv-8092 |
| vs. | ) Magistrate Judge Sheila Finnegan |
| | ) (By Consent) |
| PACTRANS AIR & SEA, INC., | ) |
| | ) Supplementary Proceedings |
| Defendant-Judgment Debtor. | ) |

## AGREED ORDER

This case coming before the Court for status and on Judgment Creditor Union Pacific Railroad Company's ("UP") Agreed Motion to Dismiss All Pending Citations Without Awarding Costs or Fees [172] ("Agreed Motion"), the Court finding all parties in agreement and otherwise being advised on the premises, IT IS HEREBY ORDERED THAT:

1. UP's Agreed Motion is GRANTED.

2. All pending citations to discover assets which have not been previously dismissed are hereby DISMISSED without awarding costs or fees to any party.

ENTER: _____
Magistrate Judge Sheila Finnegan

DATE: 11/9/2018